DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TYVONN M. SCOTT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2687

[February 14, 2019]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dennis D. Bailey, Judge; L.T. Case No. 99-17848CF10A.

Tyvonn M. Scott, Arcadia, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and CONNER, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***